IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RENEE PAMELA RUSH,

    Plaintiff,

v.                                                         No. 13-cv-1070 SMV

CAROLYN W. COLVIN, Acting Commissioner of
Social Security Administration,

    Defendant.

## ORDER SETTING BRIEFING SCHEDULE

THIS MATTER is before the Court for scheduling, and IT IS HEREBY ORDERED that:

(1)     Plaintiff shall file a Motion to Reverse or Remand Administrative Agency Decision with Supporting Memorandum no later than **June 17, 2014**;

(2)     Defendant shall file a Response no later than **August 12, 2014**;

(3)     Plaintiff may file a Reply no later than **September 9, 2014**;

(4)     All supporting memoranda filed pursuant to this Order shall cite the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law; and

(5)     All requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court. If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order for Court approval.

**IT IS SO ORDERED.**

                                                                                                                _____
                                                                                                                **STEPHAN M. VIDMAR**
                                                                                                                **United States Magistrate Judge**
                                                                                                                **Presiding by Consent**